# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**ANGELA SLONE, *et al.*,**

        **Plaintiffs,**

    **v.**                                      **Civil Action 2:23-cv-957**
                                                 **Chief Judge Algenon L. Marbley**
                                                 **Magistrate Judge Chelsey M. Vascura**

**GROVE CITY CORRAL LLC,**

        **Defendant.**

## <u>ORDER</u>

This matter is before the Court on Defendant's Motion for Case Management Conference (ECF No. 7). Therein, Defendant asks that the Court "schedule a Case Management Conference in this matter, including an Order requiring the parties to confer under Fed. R. Civ. P. 26(f) and exchange initial disclosures pursuant to Fed. R. Civ. P. 26(1)(a)." (*Id.*)

Defendant's Motion is **DENIED AS MOOT**. The Court will schedule a preliminary pretrial conference by separate notice, as it would have done even in the absence of Defendant's Motion, pursuant to Federal Rule of Civil Procedure 16. Further, the parties may begin conducting discovery, including exchanging their initial disclosures under Rule 26(a)(1), as soon as the parties confer pursuant to Rule 26(f). *See* Fed R. Civ. P. 26(d)(1), 26(f). Pursuant to that Rule, the parties are required to confer "as soon as practicable," regardless of whether a scheduling conference has been set under Rule 16. Fed. R. Civ. P. 26(f)(1).

      **IT IS SO ORDERED.**

                                         /s/ *Chelsey M. Vascura*
                                         CHELSEY M. VASCURA
                                         UNITED STATES MAGISTRATE JUDGE